The Gerzog Davidoff Construction Company, Respondent, v. Jacob Levin, Appellant.— Order reversed, with ten dollars costs and disbursements, and

motion granted, with costs.  (See *Krainin* v. *Coffey*, 119 App. Div. 516.)  Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Rosa Gunderson, Administratrix, etc., of Peter A. Gunderson, Deceased, Respondent, v. Roebling Construction Company, Appellant, Impleaded with Post & McCord.— Order affirmed, with costs.  No opinion.  Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred

Jerusha I. Hall, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.